**No. 67001.**—American Foreign Industries et al. *v.* United States, protests 301564–K, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines similar in all material respects to those the subject of *J. M. P. R. Trading Corp., Alltransport, Inc.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600), the claim of the plaintiffs was sustained.

**No. 67002.**—Nylon Net Company and Joseph A. Paredes & Co. et al. *v.* United States, protests 58/8084, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

**No. 67003.**—Universal Foreign Service, Gonset Division, and Young Spring & Wire et al. *v.* United States, protests 60/16524, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of ammeters or meters similar in all material respects to those the subject of *Universal Foreign Service, Inc., Gonset Division et al.* v. *United States* (47 Cust. Ct. 183, C.D. 2300), the claim of the plaintiffs was sustained.